IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-0218-CV-W-HFS |
| DUKE AND LONG HOLDING LIMITED PARTNERSHIP, et al., | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM TO COUNSEL**

Interventions are sought by persons allegedly in occupation of service station sites that were the subject of a sale authorized by the court. The purchaser at the sale also seeks to intervene, attempting to resolve controversies arising after the sale. Briefing is incomplete. A prompt resolution of disputes is apparently desirable, however, regardless of the merits and whether the court has continuing jurisdiction. If use of a magistrate judge for mediation purposes would be helpful, any party in interest may informally advise the court so that arrangements may be initiated.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

June 4, 2007

Kansas City, Missouri